# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
JUL -3 PM 2: 15

---

UNITED STATES OF AMERICA,

v.

JESUS CARMEN FELIX

**CR 07 0422**

MMC

DEFENDANT.

---

# INDICTMENT

Title 8, United States Code, Section 1326 - Illegal Re-entry by an Alien After Deportation

---

A true bill.

_____ Foreman

Filed in open court this __3d__ day of
__July 2007__

_____ Clerk

Bail, $ **NO BAIL WARRANT**

_____

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT       ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Count 1: 8 USC section 1326,
Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Count 1: 2 years imprisonment; $250,000 fine; 1 year supervised release; $100 special assessment; deportation

---- DEFENDANT - U.S. ----

▶ JESUS CARMEN FELIX

DISTRICT COURT NUMBER
CR 07 0422 MMC

---- DEFENDANT ----

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE Special Agent Shaun Kong

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW
      ☐ U.S. Att'y  ☐ Defense    DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS CARMEN FELIX,<br><br>        Defendant. | CR 07 0422 MMC<br><br>VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien After Deportation<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about March 14, 2007, the defendant,

JESUS CARMEN FELIX,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//
//
//

INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,
2  Section 1326.
3
4
5  DATED: July 3, 2007                                      A TRUE BILL.
6
7                                                           FOREPERSON
8
9  SCOTT N. SCHOOLS
   United States Attorney
10
11 IOANA PETROU
   Chief, Major Crimes Section
12
13
14 (Approved as to form: _____
                          AUSA BARTON
15
...
28

INDICTMENT                                     2