SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

ALLISON M. DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>    v. ) <br> JESUS CARMEN FELIX, ) <br>     Defendants. ) | No. CR 07-0422 MMC <br><br> **NOTICE OF CHANGE OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney for this case is Allison M. Danner.  Future ECF notices should be sent to AUSA Allison M. Danner only at the email address of allison.danner@usdoj.gov.

//
//
//
//
//

NOTICE OF CHANGE OF COUNSEL
[CR 07-0442 MMC]

1 | AUSA Denise M. Barton should be removed from the list of persons to be noticed.

2

3 | DATED: July 11, 2007                    Respectfully submitted

4 |                                         SCOTT N. SCHOOLS
                                            United States Attorney

5

6

7 |                                         _____/s/_____
                                            ALLISON M. DANNER
                                            Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL
[CR 07-0442 MMC]