SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7144
    allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0422 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | 18 U.S.C. §3161(h)(8)(A) & (B) |
| JESUS CARMEN FELIX, | |
| Defendant. | |

With the agreement of the parties in open court on July 12, 2007, the Court enters this order excluding time under the Speedy Trial Act from July 17, 2007 to July 25, 2007, the date of the defendant's initial appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

1. Felix has been charged in the indictment with one count of Illegal Re-entry by an Alien after Deportation, in violation of 8 U.S.C. § 1326.

2. On July 12, 2007, the United States moved for detention pursuant to 18 U.S.C. § 3142(g). This Court scheduled the matter for a detention hearing on July 17, 2007. Because there is a pending motion for detention, the time between July 12, 2007 and July 17, 2007 is excluded from the calculation of the Speedy Trial Act date. 18 U.S.C. § 3161(h)(1)(F).

STIPULATION AND [PROP.] ORDER
CR 07-0422 MMC

2. Discovery has not yet occurred, and we anticipate that this will occur in short order. In the absence of discovery, the defense has not yet been able to prepare for the initial appearance before the District Court.

3. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from July 17- July 25, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

4. Accordingly, the Court orders that the period from July 17, 2007 to July 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED:    July 13, 2007          _____/s/_____
                                 ALLISON MARSTON DANNER
                                 Assistant United States Attorney

DATED:    July 13, 2007          _____/s/_____
                                 RONALD TYLER
                                 Assistant Federal Public Defender

**IT IS SO ORDERED**. The parties shall appear on July 25, 2007 at 2:30 p.m. for the initial appearance before the District Court. Based on the parties' stipulation and for good cause, the Court orders that the time from July 17, 2007 to July 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: July 17, 2007             _____
                                 NANDOR J. VADAS
                                 Chief United States Magistrate Judge

STIPULATION AND [PROP.] ORDER
CR 07-0422 MMC                   2