UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JUL 25 2007

Case No. CR-07-0442 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Jesus Carmen Felix *

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Allison Danner

ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: TRACY LUCERO

Reporter: Catherine Edwards

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: Δ's counsel received discovery materials & requests additional time to review. Counsel informed the Court that this a NON-FAST TRACK CASE.

* Spanish Interpreter - Melinda Basker

Case continued to 8/22/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
    (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity/Preparation of Counsel Begins JUL 25 2007 Ends 8/22/07

cc: Chamber File