UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: AUG 22 2007

Case No. CR-07-0422 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: JESUS CARMEN FELIX *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Allison Danner

ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: TRACY LUCERO

Reporter: Debra Pas

### PROCEEDINGS

REASON FOR HEARING: Further Status/Trial Setting Conference

RESULT OF HEARING: Δ's counsel received discovery but has not had time to review discovery. (1000 pages & audio tape)

* Spanish Interpreter - Melinda Basker

Case continued to 9/19/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins AUG 22 2007  Ends 9/19/07

CC: Chamber file