UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP 1 9 2007

Case No. CR-07-0422 MMC    JUDGE: Maxine M. Chesney

Defendant: JESUS CARMEN FELIX *    Present (✓) Not Present ( ) In Custody (✓)

U.S. Attorney: Allison Danner    Attorney for Defendant: Ronald Tyler

Deputy Clerk: TRACY LUCERO    Reporter: Katherine Powell

### PROCEEDINGS

REASON FOR HEARING: Further Status/Trial Setting Conference

RESULT OF HEARING: Δ's counsel has reviewed discovery materials. Δ requests additional time to get info on possible priors (for criminal history) for possible plea.

* Spanish interpreter - Melinda Busker

Case continued to 10/31/07 @ 2:30 for Further Status / Possible Change of Plea
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel. Begins SEP 1 9 2007 Ends 10/10/07

cc: Chamber file