UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: OCT 31 2007

Case No. CR-07-0422 MMC

JUDGE: **Maxine M. Chesney**

JESUS CARMEN FELIX *
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

ALLISON DANNER
U.S. ATTORNEY

RON TYLER
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: MARGO GURULE

### PROCEEDINGS

REASON FOR HEARING   Change of Plea - HELD

RESULT OF HEARING   ∆ pled guilty to Count one of the indictment.
Plea agreement filed w/ Court.

\* Spanish Interpreter - Christina Visus

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 1/23/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____