JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS CARMEN FELIX, <br><br> Defendant. | No. CR 07-0422 MMC <br><br> UNITED STATES' SENTENCING MEMORANDUM <br><br> Date: January 23, 2008 <br> Time: 2:30 p.m. |

     Defendant Jesus Carmen Felix has pleaded guilty to a single count of illegal reentry after deportation, in violation of 8 U.S.C. § 1326(b), pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. He is scheduled to be sentenced by this Court on January 23, 2008. The United States respectfully requests that this Court sentence defendant to 12 months imprisonment, one year of supervised release, and a $100 special assessment.

A.    <u>The Applicable Sentencing Range Under the Guidelines is 12-18 Months.</u>

     Under the advisory Sentencing Guidelines, defendant's base offense level for the instant offense is 8. U.S.S.G. § 2L1.2(a). There are no specific offense characteristics which apply in this case. U.S.S.G. § 2L1.2(b). Defendant receives a two-point adjustment for acceptance of

responsibility, U.S.S.G. § 3E1.1. These calculations result in an offense level of 6. As calculated by the Probation Office, defendant's criminal history category results in 13 criminal history points, which places him in criminal history category VI under the Sentencing Guidelines. U.S. Sentencing Guidelines Manual ch. 5, pt. A. Combining these figures yields a sentencing range of 12-18 months under the guidelines. *Id.*

B.  A Sentence of 12 Months is Reasonable in This Case.

The United States urges this Court to accept the low-end guidelines sentence agreed upon in the plea agreement and recommended by the Probation Office. Such a sentence is substantively reasonable and is well supported by the nature of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a). Defendant has unlawfully entered the United States at least four times. This recidivism merits a significant penalty. Unlike many defendants convicted of violations of 8 U.S.C. § 1326, however, defendant has sustained no aggravated felonies. In fact, although defendant has a lengthy criminal history, he has never been convicted of any felony at all. Furthermore, none of defendant's prior convictions has involved violence. Instead, defendant's criminal history consists largely of petty thefts, alcohol-related offenses, and unlawful entries into the United States. Defendant's most serious offense is the conviction which resulted in his discovery by immigration authorities in this case–namely the misdemeanor offense of annoying/molesting a child. (Cal. Pen. Code § 647(g).) For that crime, defendant received a six-month sentence. This sentence was the longest defendant had yet received.

The 12-month sentence requested by the United States in the above-captioned case, therefore, is twice as long as any sentence heretofore imposed upon the defendant. In addition, defendant's criminal record now includes a felony violation of 8 U.S.C. § 1326, which will undoubtedly result in a much longer sentence for the defendant should he in future chose to disregard U.S. law and unlawfully return to the United States.

The sentence requested by the United States and recommended by the Probation Office simultaneously recognizes the seriousness of defendant's offense and the lack of violence in defendant's criminal history. The United States, therefore, respectfully asks this Court to

1  sentence defendant to 12 months imprisonment, one year of supervised release, and a $100
2  special assessment.
3
4  DATED: January 15, 2008                    Respectfully submitted,
5                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
6
7                                             /s/ Allison
8                                             ALLISON MARSTON DANNER
                                              Assistant United States Attorney
9

UNITED STATES' SENTENCING MEMORANDUM
CR 07-0422 MMC                          -3-