UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JAN 23 2008

Case No. CR-07-0422 MMC

JUDGE: **Maxine M. Chesney**

JESUS CARMEN FELIX *
DEFENDANT

Present ( ) Not Present (✓) In Custody (✓)

Allison Danner
U.S. ATTORNEY

Ronald Tyler
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: Katherine Powell

## PROCEEDINGS

REASON FOR HEARING   Judgment & Sentencing - not held.

RESULT OF HEARING   Matter Continued - ∆ not brought to Court - ∆ in infirmary.

\* Spanish interpreter - Melinda Basker
USPO - Anne Searles

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 2/13/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____