UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: FEB 13 2008

Case No. CR-07-0422 MMC

JUDGE: **Maxine M. Chesney**

**JESUS CARMEN FELIX ✱**
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

**ALLISON DANNER**
U.S. ATTORNEY

**RONALD TYLER**
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: **BELLE BALL**

### PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing

RESULT OF HEARING: Sentence - 12 months in custody; 1 year supervised release; submit to search; no fine; $100 special assessment (see Judgment for further conditions).

USPO - ANNE SEARLES - NOT PRESENT.
✱ SPANISH INTERPRETER - CAROL RHINE MEDINA

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____